**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Luis BARAJAS, Defendant— Appellant.**

**No. 02–50152.**

**D.C. No. CR–01–02710–JMF.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 21, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

### MEMORANDUM **

Jose Luis Barajas appeals his conviction pursuant to a conditional guilty plea to importing 18.65 kilograms of marijuana in violation of 21 U.S.C. §§ 952, 960. His contention that the federal drug statutes are unconstitutional following *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is precluded by *United States v. Buckland,* 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002), and *United States v. Mendoza–Paz,* 286 F.3d 1104 (9th Cir.), *cert. de-*

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

*nied,* —— U.S. ——, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002). His contention that *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *Buckland* and *Mendoza–Paz* was rejected in *United States v. Hernandez,* 314 F.3d 430 (9th Cir.2002). Barajas's contention that the indictment was defective because it did not allege that he had *mens rea* as to the drug type and quantity is foreclosed by *United States v. Carranza,* 289 F.3d 634 (9th Cir.), *cert. denied,* —— U.S. ——, 123 S.Ct. 572, 154 L.Ed.2d 458 (2002).

Accordingly, Barajas's conviction is **AFFIRMED.**